STATE OF LOUISIANA

NO. 8074.

STATE OF LOUISIANA. EX REL
ROBERT E. COURTIN

vs

DR. A. O. BROWN. MRS A. O. BROWN
AND MEMBERS OF THEIR FAMILY.

COURT OF APPEAL

PARISH OF ORLEANS.

Claiborne & Dinkelspiel, Judges.

#8074

[Signed] Meyer S Dreyfus

<u>ATTORNEY FOR PETITIONER.</u>

## O R D E R

Let writs of habeas corpus issue herein as prayed for and
according to law directed to Dr. A.O. Browne and Mrs. A.O. Browne
and the members of their household residing at #55 Fountainebleau
Drive in the City of New Orleans commanding them and each of them
to bring and produce the relator Marguerite Lucille Browne Courtin
before the Court of Appeal for the Parish of Orleans, and to there
and then show cause why relator is detained and why relator should
not be at once released and turned over to the care and custody
of Robert E Courtin her natural tutor, and let said writs be made
returnable on the ~~Tuesday 7th~~ _Monday the 20th_ day of _December_ at
_Eleven_ O'clock A.M. _To Wit Monday December 20th 1920_

New Orleans, La. _7th_ December, 1920.

_[Signed]_

_John St Paul_
_Judge Court of Appeal_
_Parish of Orleans_

_A True Copy_
_H J Stansbury_
_Dy Clerk_
_Dec 6/30_